**Appeal Dismissed and Memorandum Opinion filed December 22, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00841-CV

---

## ROBERT E. LEE, Appellant

## V.

## WILLIAM A. DAYA AND THE UNIVERSITY OF TEXAS MEDICAL BRANCH/CORRECTIONAL MANAGED HEALTH CARE COMMITTEE, Appellees

---

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 93910-I**

---

### MEMORANDUM OPINION

This is an attempted appeal from a purported order of dismissal signed October 2, 2019. The docket sheet reflects that on October 10, 2019, the district clerk notified appellant that on October 2, 2019, the trial court signed an order of dismissal. However, the only order of that date in the appellate record reflects that the trial court retained rather than dismissed the case. We abated the appeal to

permit clarification by the trial court. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001). Tex. R. App. P. 27.2. A supplemental clerk's record filed November 20, 2020, contains an order signed by the trial court clarifying that the trial court retained the case by the order of October 2, 2019, and that the case is reinstated on the trial court's docket.

Given the trial court's clarification, the record before this court contains no appealable order. On November 20, 2020, we notified the parties of this court's intention to dismiss the appeal for want of jurisdiction unless on or before December 3, 2020, appellant filed a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

We dismiss the appeal for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Bourliot.